UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THOMAS RITTWEGER, | : | |
| | | Civil Action No. 09-3614 (NLH) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Respondents. | : | **CLOSED** |

   For the reasons set forth in the Opinion filed herewith, IT IS on this  29th   day of   July      , 2009,

   ORDERED that the Clerk of the Court shall serve a copy of this Order, the accompanying Opinion, and the Petition, by regular U.S. mail, on the Warden of the Federal Correctional Institution at Fort Dix, New Jersey, and on the U.S. Attorney for the District of New Jersey, and on the U.S. Attorney for the Southern District of New York; and it is further

   ORDERED that Petitioner is assessed a filing fee of $5.00; and it is further

   ORDERED that, pursuant to Petitioner's request, the Federal Bureau of Prisons shall deduct from Petitioner's institutional account the $5.00 filing fee and shall forward such payment to the Clerk, referencing the Docket Number of this action; and it is further

   ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction; and it is further

ORDERED that, in the alternative, the Petition is DENIED; and it is further

ORDERED that no certificate of appealability shall issue; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

At Camden, New Jersey                /s/ NOEL L. HILLMAN
                                                          Noel L. Hillman
                                                          United States District Judge